IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAHEER ASANHUSSAINSYEDMOHID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY BRANDS, INC., VERNON J. NAGEL and RICHARD K. REECE,<br><br>Defendants. | CIVIL ACTION:   1:18-CV-00012-RGA |
| THADDEUS A. GRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY BRANDS, INC., VERNON J. NAGEL and RICHARD K. REECE,<br><br>Defendants. | CIVIL ACTION:   1:18-CV-00285-RGA |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING INITIAL COMPLAINTS**

Plaintiffs Jaheer Asanhussainsyedmohid and Thaddeus A. Gray ("Plaintiffs") and Defendants Acuity Brands, Inc., Vernon J. Nagel, and Richard K. Reece ("Defendants"), through their undersigned counsel hereby stipulate and agree as follows:

1.  Defendants previously executed (through counsel) and sent Plaintiffs Waivers of Service of Summons forms dated February 21, 2018, in which defendants agreed to waive service of summonses and the complaints, while reserving all other defenses and objections to the lawsuits.

2. The Waivers of Service of Summons forms contemplated that, absent extension by the Court, Defendants would file and serve answers or Rule 12 motions in response to the complaints on or before April 23, 2018.

3. After Defendants sent the Waivers of Service of Summons forms, several movants filed motions, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), seeking consolidation of the above-captioned actions and appointment as lead plaintiffs for the litigation. Plaintiffs Asanhussainsyedmohid and Gray did not seek appointment as lead plaintiffs.

4. The lead plaintiff motion filed by the Public Employees' Retirement System of Mississippi ("Mississippi PERS") stands unopposed, as all other lead plaintiff movants have either withdrawn their competing motions or confirmed their non-opposition to the Mississippi PERS motion.

5. Plaintiffs and Defendant hereby agree that Defendants need not respond to Plaintiffs' complaints, but shall instead respond to a consolidated amended complaint to be filed by the lead plaintiff appointed for this litigation.

6. Within fourteen (14) days of an order by the Court appointing Lead Plaintiff, Defendants and the Lead Plaintiff appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

Dated: April 9, 2018

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ P. Bradford deLeeuw* | */s/ John P. DiTomo* |
| P. Bradford deLeeuw (#3569) | William M. Lafferty (#2755) |
| **ROSENTHAL, MONHAIT & GODDESS, P.A.** | John P. DiTomo (#4850) |
| 919 N. Market Street, Suite 1401 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Wilmington, DE 19801 | 1201 North Market Street, 16th Floor |
| (302) 656-4433 | Wilmington, DE 19899-1347 |
| | Tel: (302) 351-9341 |
| *Attorneys for Plaintiffs* | Fax: (302) 425-4679 |
| | Email: wlafferty@mnat.com |
| | jditomo@mnat.com |

and

Michael R. Smith (admitted *pro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree St., N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: mrsmith@kslaw.com
blee@kslaw.com

*Attorneys for Defendants*

SO ORDERED this _____ day of April, 2018.

_____
Richard G. Andrews
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ John P. DiTomo*
John P. DiTomo (#4850)